IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| J. L. D. D. (minor), by and through his Guardian ad Litem, Linda D. Smith, | ) ) ) | C/A No.: 5:11-01618-TLW-SVH |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| Paul M. Jensen, both individually and in his official capacity as Special Education Teacher at Edisto High School, Edisto High School, Orangeburg Consolidated School District Four School Board and Orangeburg Consolidated School District Four, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter comes before the court on the motion to quash filed by defendant Paul M. Jensen on January 25, 2012. [Entry #29]. The motion was filed pursuant to Fed. R. Civ. P. 45(c)(3)(iii) and seeks an order quashing ten subpoenas issued by Plaintiff to previous employers of Defendant Jensen. Pursuant to Local Rule 7.06 (DSC),

> Any memorandum or response of an opposing party must be filed with the Clerk of Court within fourteen (14) days of the service of the motion unless the Court imposes a different deadline. If no memorandum in opposition is filed within fourteen (14) days of the date of service, the Court will decide the matter on the record and such oral argument as the movant may be permitted to offer, if any.

*Id.*

Plaintiff has failed to file a memorandum in opposition to the motion to quash (or otherwise explain the failure to respond to the motion) within the time period required by

the local rules of this court.  In light of the foregoing, the court directs Plaintiff to file a response to the motion to quash by February 24, 2012.  Plaintiff's failure to file a response will result in an order granting the motion to quash.

    IT IS SO ORDERED.

*/s/ Shiva V. Hodges*

February 14, 2012                                        Shiva V. Hodges
Columbia, South Carolina                   United States Magistrate Judge